UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SCOTT JOHNSON, | No. C 09-3946 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| GILROY P.D. OFFICERS JESUS CORTES; et al., | |
| Defendants. | |

In this pro se prisoner's civil rights action, plaintiff has sued several Gilroy Police Department officers for using excessive force on him during his arrest on March 26, 2009. Although plaintiff filed his complaint within just five months of the incident, he now apparently would prefer to litigate at a later date. To this end, he sent to the court a letter dated June 17, 2010, in which he asked "leave" from his complaint so that he could obtain legal counsel, and noted he was scheduled to be released from prison on March 27, 2011. (Docket # 23.)   The court construes the letter to be a request for a stay of this action.

Before the court considers whether to stay and administratively close this action until plaintiff is released from prison in March 2011, defendants will be given an opportunity to be heard on the matter. No later than **July 12, 2010**, defendants may file and serve an objection or statement of non-opposition to plaintiff's request for a stay of this action.

IT IS SO ORDERED.

Dated: June 30, 2010

_____
SUSAN ILLSTON
United States District Judge