UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SCOTT JOHNSON, | No. C 09-3946 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| 0GILROY P.D. OFFICERS JESUS CORTES; et al., | |
| Defendants. / | |

Judgment is now entered in defendants' favor and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: February 4, 2011

_____
SUSAN ILLSTON
United States District Judge